**GARY B. PARSONS**
Sheriff



# LEE COUNTY SHERIFF'S DEPARTMENT

P. O. Box 177
Jonesville, Virginia 24263
276-346-7753

May 18. 2014

Gary B. Parsons
P.O. Box 177
Jonesville, VA 24263
Phone (276) 346-7753
Fax (276) 346-2149

Dear Judge James P. Jones,

My name is Gary Parsons, and I am the Sheriff of Lee County and I have been Sheriff for 18 years. I am writing this letter on behalf of Kimberly Crabtree. I have known Kimberly personally for more than 18 years. I am fully aware of the charges Kimberly is facing.

Kimberly is a very caring upstanding citizen with no past record of violence or criminal offense. She is a hardworking and honest person. She is a devoted mother of a special needs child. A▇▇ really depends on her mother for her everyday needs. A single parent that struggles to provide for A▇▇, with special needs using very limited resources. She has always been there for her daughter. I know in 2012, A▇▇ had open heart surgery. I admire Kimberly for her dedication to her daughter.

I find it unfortunate for her to be in this position facing charges, because it is so out of her character. Kimberly is very well respected by others in our community. She comes from an upstanding family. I was shocked to hear about her involvement and her pending charges. Upon speaking with Kimberly, I know that she truly regrets her involvement. I really don't believe she understood the consequences she would be facing for herself or others, especially her daughter. I really feel that Kimberly has realized how wrong her actions were, and she admits she didn't think it through to realize the magnitude of her actions. I think she has great remorse. Kimberly has found herself without a job, and I know in her previous job she was an outstanding employee. Her evaluations were nothing but outstanding.

I would like to ask the court to have leniency on Kimberly's sentencing, and place her on probation. This is her first offense, and I believe she has already learned from her mistake. A████, Kimberly's daughter, needs her mother to remain constant in her life. Thank you for your time and attention.

Sincerely,

Gary B. Parsons
Sheriff of Lee County